No. 276. JOHN ASHON, APPELLANT, *v.* THE CONSERVATION COMMISSION OF LOUISIANA ET AL.; and

No. 277. LEONG MOW, APPELLANT, *v.* THE CONSERVATION COMMISSION OF LOUISIANA ET AL. Appeals from the Circuit Court of the United States for the Eastern District of Louisiana. Argued for the appellees and submitted for the appellants May 2, 1913. Decided May 5, 1913. *Per Curiam.* Appeals dismissed without costs to either party (*Mills* v. *Green*, 159 U. S. 651; *Board* v. *Glover*, 161 U. S. 101), and cases remanded to the District Court of the United States for the Eastern District of Louisiana. *Mr. E. Howard McCaleb* for the appellants. *Mr. Harry Gamble* and *Mr. R. G. Pleasant* for the appellees.